UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYREL GERRARD BRANNON,<br><br>Plaintiff,<br><br>v.<br><br>COVARRUBIAS, et al.,<br><br>Defendants. | Case No. 21-cv-04671-JD<br><br>**JUDGMENT** |

Pursuant to the order of dismissal signed today, this case is dismissed for failure to exhaust.

**IT IS SO ORDERED.**

Dated: October 11, 2022

_____
JAMES DONATO
United States District Judge